

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-96,480-01

## EX PARTE STEVEN RAY DOUGLAS, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. DC89-CR2023-0611 IN THE 89TH DISTRICT COURT
## WICHITA COUNTY

*Per curiam*.

## O P I N I O N

Applicant was convicted of accident involving death and sentenced to twenty years' imprisonment. The Second Court of Appeals affirmed his conviction. *Douglas v. State*, No. 02-23-00173-CR (Tex. App.—Fort Worth Aug. 22, 2024) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that appellate counsel failed to timely inform Applicant that his conviction had been affirmed and advise him of his right to file a *pro se* petition for discretionary review. Based on the record, we find that appellate counsel's performance was deficient and that Applicant would have timely filed a petition for discretionary review but for counsel's deficient

performance.

Relief is granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997); *Ex parte Crow*, 180 S.W.3d 135 (Tex. Crim. App. 2005). Applicant may file an out-of-time petition for discretionary review of the judgment of the Second Court of Appeals in cause number 02-23-00173-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: March 26, 2025
Do not publish